UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

DC: Conn./nhct
DC Judge: Dorsey
DC Dkt: 02-cv-1498

[STAMP: UNITED STATES COURT OF APPEALS FILED OCT 27 2003 ROSEANN B. MACKECHNIE, CLERK SECOND CIRCUIT]

REINSTATEMENT

Re: In re: Shared Tech v.
Docket No. 03-5038

CIVIL APPEALS SCHEDULING ORDER # 1
ADDRESS INQUIRIES TO (212) 857-8544

Noting that, <u>Glory Martyn Lena</u>, counsel for the appellant Goldin & Associates LLC Z has filed notice of reinstatement pursuant to order of 8/22/03

IT IS FURTHER ORDERED that the index to the record on appeal, a certified copy of the docket entries, and the clerk's certificate shall be filed on or before ___X___. The documents constituting the record on appeal shall be/not be transmitted until requested by this Court, but will be required within 24 hours of such request.

IT IS FURTHER ORDERED that the appellant's brief and the joint appendix shall be filed on or before Nov. 26, 2003

IT IS FURTHER ORDERED that the brief of the appellee be filed on or before Dec. 29, 2003

IT IS FURTHER ORDERED that ten (10) copies of each brief be filed with the Clerk.

IT IS FURTHER ORDERED that the argument of the appeal shall be heard no earlier than the week of Feb. 9, 2004. All counsel should immediately advise the Clerk by letter of the dates thereafter that they are unavailable for oral argument. The time and place of oral argument shall be separately noticed by the Clerk to counsel.

IT IS FURTHER ORDERED that in the event of default by the appellant in filing the record on appeal, or the appellant's brief and joint appendix, at the time directed, or upon default of the appellant regarding any other provisions of this order, the appeal may be dismissed forthwith.

IT IS FURTHER ORDERED that if the appellee fails to file a brief within the time directed by this order, such appellee shall be subject to such sanctions as the court may deem appropriate.

ROSEANN B. MACKECHNIE, Clerk

By: _Stanley Bass_
Stanley Bass
Staff Counsel

Dated: _____