# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**



FILED MAY 25 2004

IN RE: SHARED TECHNOLOGIES
CELLULAR, INC.

DOCKET NO. 03-____

## STIPULATION WITHDRAWING APPEAL FROM ACTIVE CONSIDERATION WITHOUT PREJUDICE, WITH LEAVE TO REACTIVATE

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn from active consideration from the Court, such withdrawal to be without prejudice to a reactivation of the appeal by Appellant's counsel so notifying the Clerk of this Court in writing by July 1, 2004. If not thus reactivated, the appeal shall be deemed withdrawn with prejudice.

Withdrawal of the appeal from active consideration shall not operate as a dismissal of the appeal under FRAP 42(b).

W. Joe Wilson, Esq.
Tyler Cooper & Alcorn, LLP
CityPlace – 35th Floor
Hartford, CT 06103-3488

Attorney for Appellant
Goldin Associates, LLC

Attorney for Appellee Neal Ossen, LLC

Robert W. Clark, Esq.
Day Berry & Howard LLP
CityPlace I
Hartford, CT 06103

Attorney for Appellee

Mobile Investment, LLC
Mark S. Baldwin, Esq.
Brown Rudnick Berlack Israels LLP
CityPlace I
Hartford, CT 06103

So ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By
Stanley A. Bass, Staff Counsel

May 25, 2004

ISSUED AS MANDATE: 4/25/05 a.a.

A TRUE COPY
Roseann B. MacKechnie, CLERK

DEPUTY CLERK